

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00095-CR

ROBERTO ALFREDO VENTURA, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 182nd District Court of Harris County.   (Tr. Ct. No. 1355473).

**TO THE 182ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 3rd day of February 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on January 17, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered February 3, 2015.

Panel consists of Justices Jennings, Massengale, and Lloyd.

Opinion delivered by Justice Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 17, 2015

Date

*[signature]*

CHRISTOPHER A. PRINE
CLERK OF THE COURT

